1  Galen T. Shimoda (Utah Bar No. 18094)
2  Austin D. Sork (Utah Bar No. 19693)
   **Shimoda & Rodriguez Law, PC**
3  1414 E. Murray Holladay Road
   Holladay UT 84117
4  Telephone: (833) 201-0213
   Facsimile: (916) 760-3733
5
   Attorneys for Plaintiff Craig Branum
6

7                    UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

9

| CRAIG BRANUM, | |
|---|---|
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | Case No. 2:23-cv-00846-DAO |
| SWIRE COCA-COLA, USA, a DBA; SWIRE PACIFIC HOLDINGS, INC., a Delaware Corporation; and DOES 1 to 100, inclusive, | Magistrate Judge Daphne A. Oberg |
| Defendants. | |

   Plaintiff Craig Branum and Defendant Swire Coca-Cola, USA, by and through counsel, hereby stipulate and agree that this action, including all claims therein or which could have been asserted by Plaintiff, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The above-named parties have reached an agreeable settlement and are to bear their own expenses.

//

//

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**

1  DATED this 16th day of December, 2024.

**Shimoda & Rodriguez Law, PC**

/s/ Galen T. Shimoda_____
Galen T. Shimoda
Attorney for Plaintiff


**Parsons, Behle & Latimer**

/s/ Mark Tolman_____
Mark Tolman
Attorney for Defendant
(Signed by Deanna Morgensen with permission of Mark Tolman)